# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA D. ENGELBRECHT,<br><br>    Plaintiff,<br><br>v.<br><br>KELLY RIPA, *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-01339-LJO-EPG<br><br>**ORDER TO GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***<br><br>(ECF No. 3, 4) |

Plaintiff Tonya D. Engelbrecht is proceeding *pro se* in this action. (ECF No. 1.) On October 5, 2017, Plaintiff submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) On October 17, 2017, the Court denied the application. (ECF No. 3.) The Court found that Plaintiff failed to demonstrate that she is unable to pay the $400 filing fee as she stated that she receives social security disability income of $1,400 per month and has $12,000 in cash or savings. *Id.* The Court also found that Plaintiff failed to state the value of her home and motor vehicle. *Id.* The Court directed Plaintiff to either pay the filing fee or file an amended *in forma pauperis* application within fourteen days. *Id.*

On October 24, 2017, Plaintiff filed a response to the Court's order. (ECF No. 4.) In her response, Plaintiff states that she experienced felony vandalism in 2013, theft of funds in excess of $40,000, and is living with no heat, no hot water, limited electricity and no kitchen facility because she is without funds to repair damage caused to her home by a contractor in 2013.

Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, her

1

application to proceed *in forma pauperis* is GRANTED.

As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of every *pro se* complaint to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment.

Plaintiff's complaint will be screened in due course and Plaintiff will be served with the resulting order.

IT IS SO ORDERED.

Dated: **December 4, 2017**　　　　　　　/s/ Erin P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE