UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA D. ENGELBRECHT,<br><br>    Plaintiff,<br><br>v.<br><br>KELLY RIPA,<br><br>    Defendant. | Case No. 1:17-cv-01339-LJO-EPG<br><br>**ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN**<br><br>(ECF No. 7, 10)<br><br>**THIRTY (30) DAY DEADLINE** |

Tonya D. Engelbrecht ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this action. On October 5, 2017, Plaintiff commenced this action by filing a Complaint against Kelly Ripa ("Defendant"), owner of Milojo Productions. (ECF No. 1). Plaintiff filed a First Amended Complaint on February 28, 2018. (ECF No. 7).

On July 16, 2018, this Court entered findings and recommendations, recommending that all claims in the First Amended Complaint, except Plaintiff's claim for breach of contract against Kelly Ripa, be dismissed. (ECF No. 8). On August 17, 2018, Chief District Judge Lawrence J. O'Neill issued an order adopting the findings and recommendations in full. (ECF No. 10). Therefore, the Court finds Plaintiff's complaint appropriate for service of process.

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendant(s):
   **a. Kelly Ripa, owner of Milojo Productions;**
2. The Clerk of Court shall SEND Plaintiff one (1) USM-285 form, one (1)

1

summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the First Amended Complaint filed on February 28, 2018, (ECF No. 7);

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. A completed summons for each defendant;

   b. A completed USM-285 form for each defendant; and

   c. Two (2) copies of the endorsed First Amended Complaint filed on February 28, 2018;

4. Plaintiff need not attempt to serve the defendant(s) and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve the above-named defendant(s) pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. <u>Failure to comply with this order may result in the dismissal of this action</u>.

IT IS SO ORDERED.

Dated: **August 20, 2018**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE